UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| EDGAR YOVANY BAJAN,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-04778-AB-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Answer to the Petition (Dkt. 7); the Reply (Dkt. 8); and the Report and Recommendation of the magistrate judge (Dkt. 9, "Report"). As no party filed an objection to the Report within the time permitted, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered denying the Petition and dismissing the action with prejudice.

Dated: October 21, 2026

ANDRÉ BIROTTE JR.
United States District Judge